**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7510**

---

EDWARD RUTLAND,

Plaintiff - Appellant,

versus

IN THE MATTER OF THE SEIZURE OF TWENTY-ONE
THOUSAND EIGHT HUNDRED NINETY-SEVEN DOLLARS
AND FORTY-TWO CENTS ($21,897.42) US CURRENCY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Charles E. Simons, Jr., Senior
District Judge.  (CA-91-3842-5-6)

---

Submitted:  February 26, 1998        Decided:  March 19, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edward Rutland, Appellant Pro Se.  Marvin Jennings Caughman,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for return of seized property, Fed. R. Crim. P. 41(e). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Rutland v. $21,897.42 US Currency, No. CA-91-3842-5-6 (D.S.C. Sept. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED